C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:   CENTRAL ALABAMA ASPHALT
      9121 OLD WATERMELON ROAD
      ATTN: JEANNE-PAYROLL
      TUSCALOOSA, AL 35406-

Date:  08/08/2008

Chapter 13 Case Number:  05-71925-CMS13

Debtor:  CEDRIC TURNER

Debtor's Social Security Number:  ###-##-8387

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently Directed to do so.

Thank you for your cooperation.

                              Very truly yours,

                              /s/ C. David Cottingham
                              C. David Cottingham
                              Standing Chapter 13 Trustee

CDC/rgt

cc:   CEDRIC TURNER
      Employer
      Attorney:  ATTORNEY NOT ASSIGNED
      Clerk, U.S. Bankruptcy Court